1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 83013)
2  BRIAN C. FRONTINO (State Bar No. 222032)
   CATHERINE HUANG (State Bar No. 271886)
3  2029 Century Park East
   Los Angeles, CA  90067-3086
4  Telephone:  310-556-5800
   Facsimile:  310-556-5959
5  Email:  lacalendar@stroock.com

6  Attorneys for Defendant
     ONEWEST BANK, FSB

7
                     **UNITED STATES DISTRICT COURT**
8
                     **NORTHERN DISTRICT OF CALIFORNIA**
9
                            **SAN FRANCISCO DIVISION**
10

11 RICHARD A. STEINER and CAROLE J.      ) Case No. 3:13-cv-05349-LB
   STEINER,                              )
12                                       )
                                         ) **NOTICE OF APPEARANCE**
13         Plaintiffs,                   )
                                         )
14     v.                                )
                                         )
15 ONEWEST BANK, FSB and TRANS UNION,    )
   LLC,                                  )
16                                       )
           Defendants.                   )
17                                       )
                                         )
18

LA 51704746

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Julia B. Strickland of Stroock & Stroock & Lavan LLP hereby enters her appearance as counsel for defendant ONEWEST BANK, FSB in this action.

Dated: December 6, 2013

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
BRIAN C. FRONTINO
CATHERINE HUANG

By: _/s/ Julia B. Strickland_
        Julia B. Strickland

Attorneys for Defendant
  ONEWEST BANK, FSB

LA 51704746

- 1 -