STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 83013)
BRIAN C. FRONTINO (State Bar No. 222032)
CATHERINE HUANG (State Bar No. 271886)
2029 Century Park East
Los Angeles, CA  90067-3086
Telephone:  310-556-5800
Facsimile:  310-556-5959
Email:  lacalendar@stroock.com

Attorneys for Defendant
  ONEWEST BANK, FSB

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD A. STEINER and CAROLE J. STEINER,<br><br>             Plaintiffs,<br><br>      v.<br><br>ONEWEST BANK, FSB and TRANS UNION, LLC,<br><br>             Defendants. | Case No. 3:13-cv-05349-LB<br><br>**NOTICE OF APPEARANCE** |

LA 51704742

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Brian C. Frontino of Stroock & Stroock & Lavan LLP hereby enters his appearance as counsel for defendant ONEWEST BANK, FSB in this action.

Dated:  December 6, 2013

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
BRIAN C. FRONTINO
CATHERINE HUANG


By: _____*/s/ Brian C. Frontino*_____
            Brian C. Frontino

Attorneys for Defendant
   ONEWEST BANK, FSB