UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard A Steiner &
Carole J. Steiner,

              Plaintiffs,

CASE NO. **4:13-cv-05349-SBA**

v.

STIPULATION AND ORDER SELECTING ADR PROCESS

One West Bank, FSB and
Trans Union LLC,

              Defendants.
_____/

      Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐    Non-binding Arbitration (ADR L.R. 4)
☐    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
X    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**

☐    Private ADR (*please identify process and provider*)
_____

_____

The parties agree to hold the ADR session by:

      90 *days from the date of the order referring the case to an ADR process.*

      _____

Dated: January 28, 2014                         */s/ Mark F. Anderson*
                                                    Attorney for Plaintiffs
See attached page 3 for additional counsel.
CONTINUE TO FOLLOWING PAGE

**ORDER**

    X    The parties' stipulation is adopted and IT IS SO ORDERED.

    ☐    The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: 1/30/2014

                                                          UNITED STATES JUDGE

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11

Page 3 to Stipulation to ADR in *Steiner v One West Bank,* No. 4:13-cv-05349-SBA

Date: January 30, 2014

By   */s/ Scott E. Brady* (IN # 30534-49)
Scott E. Brady (Admitted Pro Hac Vice)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Phone: 317.363.2400
Fax: 317.363.2257
Email; sbrady@schuckitlaw.com

Monica Katz-Lapides (SBN 267231)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA 94710
Phone: 510.525.5100
Fax: 510.525.5130
Email; mkl@tateandassociates-law.com

Attorneys for Defendant Trans Union LLC

Date: January 30, 2014   By   */s/ Julia B. Strickland* (SBN 83013)
Julia B. Strickland
Brian C. Frontino (SBN 222032)
2029 Century Park East
Los Angeles, CA 90067-3086
Phone: 310.556.5800
Fax: 310.556.5959
Email: jstrickland@stroock.com
       bfrontino@stroock.com

Attorneys for One West Bank, FSB