UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RICHARD A. STEINER & CAROLE J. STEINER,<br><br>   Plaintiffs,<br><br>   v.<br><br>ONEWEST BANK, FSB and TRANS UNION, LLC;<br><br>   Defendants. | Case No:  C 13-5349 SBA<br><br>**ORDER DENYING MOTION TO DISMISS**<br><br>Docket 21 |

   On January 15, 2014, Defendant OneWest Bank, FSB ("OneWest Bank") filed a motion to dismiss the complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure.  Dkt. 21.  On January 21, 2014, Plaintiffs filed a first amended complaint.  Dkt. 23.  Under Rule 15 of the Federal Rules of Civil Procedure, a party may amend its pleading once as a matter of course within 21 days after service of a motion under Rule 12(b).  Fed.R.Civ.P. 15(a)(1)(B).

   Accordingly,

   IT IS HEREBY ORDERED THAT:

   1.   OneWest Bank's motion to dismiss the complaint is DENIED as MOOT.

   2.   This Order terminates Docket 21.

   IT IS SO ORDERED.

Dated: 2/4/2014

_SAUNDRA B. ARMSTRONG_
SAUNDRA BROWN ARMSTRONG
United States District Judge