Scott E. Brady, Esq. (IN #30534-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  sbrady@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Monica Katz-Lapides, Esq. (CSB #267231)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  mkl@tateandassociates-law.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| RICHARD A. STEINER and CAROLE J. STEINER,<br>        Plaintiffs,<br><br>vs.<br><br>ONEWEST BANK, FSB and TRANS UNION, LLC,<br>        Defendants. | CASE NO. 4:13-cv-05349-SBA<br><br>**STIPULATION AND ORDER AS TO PLAINTIFFS' FIRST AMENDED COMPLAINT [Doc No. 23]** |

Plaintiffs Richard A. Steiner and Carole J. Steiner, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree as follows:

1.   That Plaintiffs' First Amended Complaint [Doc. No. 23] (the "Amended Complaint") contains no new allegations directed against Trans Union.

2.   That, as a result, Trans Union is not required to file a response to the Amended Complaint.

  3. That Trans Union's Answer To Plaintiff's Complaint And Affirmative Defenses [Doc. No. 15] shall be deemed its response to the Amended Complaint.

  4. That any new allegations of the Amended Complaint that could be read as being directed against Trans Union shall be deemed denied.

                Respectfully submitted,

Date: January 31, 2014        /s/ Mark F. Anderson (with consent)
                Mark F. Anderson, Esq.
                Anderson, Ogilvie & Brewer, LLP
                235 Montgomery Street, Suite 914
                San Francisco, CO  94104
                Telephone:  415-651-1951
                Fax:  415-956-3233
                E-Mail: mark@aoblawyers.com

*Counsel for Plaintiffs Richard A. Steiner and Carole J. Steiner*

Date: February 3, 2014        *s/ Scott E. Brady*
                Scott E. Brady, Esq.  (IN #30534-49)
                  (admitted *Pro Hac Vice*)
                Schuckit & Associates, P.C.
                4545 Northwestern Drive
                Zionsville, IN  46077
                Telephone:  317-363-2400
                Fax:  317-363-2257
                E-Mail: sbrady@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

                Monica Katz-Lapides, Esq. (CSB #267231)
                Tate & Associates
                1321 8th Street, Suite 4
                Berkeley, CA  94710
                Telephone:  510-525-5100
                Fax:  510-525-5130
                E-Mail: mkl@tateandassociates-law.com

*Local Counsel for Defendant Trans Union, LLC*

*Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.*

**STIPULATION AND [PROPOSED] ORDER AS TO PLAINTIFFS' FIRST AMENDED COMPLAINT [DOC NO. 23] – 4:13-CV-05349-SBA**

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union's Answer To Plaintiff's Complaint And Affirmative Defenses [Doc. No. 15] shall be deemed its response to the Amended Complaint any new allegations of the Amended Complaint that could be read as being directed against Trans Union shall be deemed denied.

Date: 2/19/2014

_/s/ Saundra B. Armstrong_
JUDGE, United States District Court,
Northern District of California

DISTRIBUTION TO:

| | |
|---|---|
| Mark F. Anderson, Esq. <br> mark@aoblawyers.com | Julia B. Strickland, Esq. <br> jstrickland@strook.com |
| Brian C. Frontino, Esq. <br> bfrontino@strook.com | Monica Katz-Lapides, Esq. <br> mkl@tateandassociates-law.com |
| Catherine Huang, Esq. <br> chuang@strook.com | Scott E. Brady, Esq. <br> sbrady@schuckitlaw.com |