Scott E. Brady, Esq.  (IN #30534-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  sbrady@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Monica Katz-Lapides, Esq. (CSB #267231)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  mkl@tateandassociates-law.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| RICHARD A. STEINER and CAROLE J. STEINER,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>ONEWEST BANK, FSB and TRANS UNION, LLC,<br>　　　　Defendants. | CASE NO. 4:13-cv-05349-SBA<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANT TRANS UNION, LLC ONLY** |

　　　　Plaintiffs Richard A. Steiner and Carole J. Steiner, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiffs' cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

| | |
|---|---|
| | Respectfully submitted, |
| Date: March 11, 2014 | *s/ Mark F. Anderson (with consent)* |
| | Mark F. Anderson, Esq. |
| | Anderson, Ogilvie & Brewer, LLP |
| | 235 Montgomery Street, Suite 914 |
| | San Francisco, CO  94104 |
| | Telephone:  415-651-1951 |
| | Fax:  415-956-3233 |
| | E-Mail:  mark@aoblawyers.com |
| | |
| | *Counsel for Richard A. Steiner and Carole J. Steiner* |
| Date: March 11, 2014 | *s/ Scott E. Brady* |
| | Scott E. Brady, Esq.  (IN #30534-49) |
| | (admitted *Pro Hac Vice*) |
| | Schuckit & Associates, P.C. |
| | 4545 Northwestern Drive |
| | Zionsville, IN  46077 |
| | Telephone:  317-363-2400 |
| | Fax:  317-363-2257 |
| | E-Mail:  sbrady@schuckitlaw.com |
| | |
| | *Lead Counsel for Defendant Trans Union, LLC* |
| | |
| | Monica Katz-Lapides, Esq. (CSB #267231) |
| | Tate & Associates |
| | 1321 8th Street, Suite 4 |
| | Berkeley, CA  94710 |
| | Telephone:  510-525-5100 |
| | Fax:  510-525-5130 |
| | E-Mail:  mkl@tateandassociates-law.com |
| | |
| | *Local Counsel for Defendant Trans Union, LLC* |
| | |
| | *Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.* |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiffs Richard A. Steiner and Carole J. Steiner against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiffs Richard A. Steiner and Carole J. Steiner and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: 3/12/2014

JUDGE, United States District Court,
Northern District of California

DISTRIBUTION TO:

| | |
|---|---|
| Mark F. Anderson, Esq.<br>mark@aoblawyers.com | Ani Azadian, Esq.<br>aazadian@stroock.com |
| Scott E. Brady, Esq.<br>sbrady@schuckitlaw.com | Monica Katz-Lapides, Esq.<br>mkl@tateandassociates-law.com |
| Brian C. Frontino, Esq.<br>bfrontino@stroock.com | Catherine Huang, Esq.<br>chuang@stroock.com |
| Julia B. Strickland, Esq.<br>jstrickland@strook.com | |