Mark F. Anderson (SBN 44787)
ANDERSON, OGILVIE & BREWER LLP
235 Montgomery Street, Suite 914
San Francisco, California 94104
Telephone: (415) 651-1951
Fax: (415) 500-8300
Email: mark@aoblawyers.com

Attorneys for Plaintiffs Richard A. Steiner &
Carole J. Steiner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A STEINER & CAROLE B STEINER,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>ONE WEST BANK, FSB,<br>TRANS UNION LLC,<br><br>　　　　　　Defendants. | Case No. 4:13-cv-05349-SBA<br><br>JOINT REQUEST FOR ADDITIONAL TIME TO COMPLETE MEDIATION & ORDER |

　　　Whereas, on January 30, 2014, the Court approved the parties' stipulation giving them 90 days to complete mediation using this Court's ADR program;

　　　Whereas, on March 7, 2014, the parties and David M. Bluhm, the appointed mediator, conferred about a date of the mediation;

　　　Whereas, plaintiffs have plans and commitments for a vacation in Hawaii from March 25, 2014, to April 29, 2014;

**JOINT REQUEST RE MEDIATION & ORDER – STEINER V ONE WEST BANK, FSB, NO. 4:13-CV-05349 SBA**

Page 1 of 2

Whereas, defendant One West Bank, FSB cannot attend a mediation before March 25 due to other commitments;

Whereas, the parties and mediator are available for a mediation in various dates in May 2014;

For these reasons, the parties hereby jointly request that the Court enter an order extending their time to and through May 30, 2014, within which to complete mediation.

Date: March 11, 2014   /s/ *Mark F. Anderson*
Mark F. Anderson, SBN 44787
Anderson, Ogilvie & Brewer LLP
235 Montgomery Street
San Francisco, CA 94104
Ste 914
Phone: 415.651.1951
Fax: 415.500.8300
mark@aoblawyers.com

*Counsel for Plaintiffs*

Date: March 11, 2014   /s/ *Brian Frontino*
Stroock & Stroock & Lavan LLP
Julia B. Strickland (SBN 83013)
Brian C. Frontino (SBN 222032)
Ani Azadian
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone: 310.556.5800
Fax: 310.556.5959
Email: lacalendar@stroock.com

*Counsel for Defendant*
*OneWest Bank, FSB*

### ORDER EXTENDING TIME TO COMPLETE MEDIATION

The above request for additional time to complete mediation is approved. The parties shall complete mediation by May 30, 2014.

IT IS SO ORDERED.

Dated: March 13 2014.   _____
United States District Judge

**JOINT REQUEST RE MEDIATION & ORDER – STEINER V ONE WEST BANK, FSB, NO. 4:13-CV-05349 SBA**