UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RICHARD A. STEINER and CAROLE J. STEINER,<br><br>       Plaintiffs,<br><br>   vs.<br><br>ONEWEST BANK, FSB and TRANS UNION, LLC,<br><br>       Defendants. | Case No:  C 13-05349 SBA<br><br>**ORDER** |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED without prejudice.  In the event that the settlement is not reached, any party may move to reopen the case, provided that such motion is filed by no later than sixty (60) days from the date this Order is filed.  All scheduled dates are VACATED.  The Clerk shall terminate any pending matters.

IT IS SO ORDERED.

Dated:  November 6, 2014

SAUNDRA BROWN ARMSTRONG
Senior United States District Judge